52 A.3d 52

**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner**

v.

**John William SELLERS, Respondent.**

**Misc. Docket AG No. 8, Sept. Term, 2012.**

Court of Appeals of Maryland.

Aug. 24, 2012.

## ORDER

This Court having considered the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 24th day of August, 2012,

ORDERED, by the Court of Appeals of Maryland, that John William Sellers, Respondent, is hereby reprimanded for professional misconduct in violation of Rules 1.1 and 1.4(a)(1) and (a)(2) of the Maryland Lawyers' Rules of Professional Conduct.